IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, § § § | |
| Plaintiff, § | Case No: |
| vs. § | PATENT CASE |
| LANDAIRSEA SYSTEMS, INC., § § | |
| Defendant. § | |

# COMPLAINT

Plaintiff Social Positioning Input Systems, LLC ("Plaintiff" or "SPIS") files this Complaint against Landairsea Systems, Inc. ("Defendant" or "Landairsea") for infringement of United States Patent No. 9,261,365 (hereinafter "the '365 Patent").

## PARTIES AND JURISDICTION

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company with an address of 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

4. On information and belief, Defendant is an Illinois corporation with its principal office located at 2040 Dillard Court, Woodstock, IL 60098. On information and belief, Defendant may be served through its agent, Robert M. Wagner, at the same address.

5. On information and belief, this Court has personal jurisdiction over Defendant

because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. On information and belief, venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant is deemed to reside in this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 9,261,365)

8. Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

10. Plaintiff is the owner by assignment of the '365 Patent with sole rights to enforce the '365 Patent and sue infringers.

11. A copy of the '365 Patent, titled "Device, System and Method for Remotely Entering, Storing and Sharing Addresses for a Positional Information Device," is attached hereto as Exhibit A.

12. The '365 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 1, of the '365 Patent by making, using (at least by

having its employees, or someone under Defendant's control, test the accused Product), importing, selling, and/or offering for sale associated hardware and software for asset locating services (e.g., SilverCloud asset tracking platform, and any associated hardware, apps, or other software) ("Product") covered by at least Claim 1 of the '365 Patent. Defendant has infringed and continues to infringe the '365 patent either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

14. The Product provides an asset tracking system for real-time GPS tracking of assets. A user can receive location information on a positional information device (e.g., mobile device or computer). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.



Source: https://landairsea.com/products/silvercloud-sync

> The SilverCloud location management software app will allow owners and users of the SilverCloud and SilverCloud Sync real-time GPS tracking systems, the ability to view and monitor the precise location of their assets or vehicles, whether it's a single vehicle or an entire fleet of vehicles, from anywhere conveniently from their phone.
> Users will be able to monitor the speed of each vehicle and the battery life of each device simply by tapping on the vehicle icon located on the map - accurate to within 2.5 meters (6 feet) of the device. The location also updates automatically, showing the real-time GPS location of the user's vehicles. Vehicle updates will be based on user's data plan - 5 minutes, 1 minute, 10 seconds, 5 seconds, or as fast as 3 second continuous updates.
> Since the SilverCloud software utilizes Maps, users will have the option of viewing the map in Standard View, Satellite View or a Hybrid of both.
> To DEMO the SilverCloud App, download and enter:
> 1. Username: demosc
> 2. Password: demosc
> ***To be used in conjunction with the SilverCloud and SilverCloud Sync GPS tracking devices.
> About LandAirSea Systems:

Source: https://play.google.com/store/apps/details?id=com.landairsea.silvercloud&hl=en_IN&gl=US

15. The Product software sends a request from a first (requesting) positional information device (e.g., mobile device or desktop with software installed) to a server. The request is for the real-time location (e.g., stored address) of an asset, and includes a first identifier of the requesting positional information device (e.g., user ID and password for the Product software used in the particular enterprise). The request is sent to the Product server for transmitting the asset location. The server receives the at least one address from a second (sending) positional information device at the asset (e.g., family member). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

 

Source: https://play.google.com/store/apps/details?id=com.landairsea.silvercloud&hl=en_IN&gl=US
Source: https://www.youtube.com/watch?v=bsVJO6yRZw8&list=TLGGNRGQLbVXgd8xNDA3MjAyMQ

- By using a cellular data service, the tracking coordinates are immediately transmitted onto a secured server by pinging the device. This allows you to remotely access the tracking data in real time from your internet-enabled computer, laptop, or mobile device. Faster update rates will yield more accurate and precise tracking data because more location points are being relayed by the device as it moves. The slower the update rates, the more gap there is between the location points, which results in less accurate tracking data. LandAirSea also offers optional Unlimited Data Plans, and all the tracking data is stored permanently on a secure server for users to access via reports or for historical playback purposes. Business, Professional, Enterprise and Economy plans are available. Prepaid Data Plans can also be purchased.

Source: https://www.bhphotovideo.com/c/product/1045439-REG/land_air_sea_2400_silvercloud_overdrive.html

16. The at least one address is received from the server at the requesting positional information device. For example the Product's server transmits the position of an asset (at least

PLAINTIFF'S COMPLAINT AGAINST DEFENDANT LANDAIRSEA SYSTEMS, INC. | 5

one address) to the requesting positional information device. Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.



Source: https://landairsea.com/products/silvercloud-sync

- By using a cellular data service, the tracking coordinates are immediately transmitted onto a secured server by pinging the device. This allows you to remotely access the tracking data in real time from your internet-enabled computer, laptop, or mobile device. Faster update rates will yield more accurate and precise tracking data because more location points are being relayed by the device as it moves. The slower the update rates, the more gap there is between the location points, which results in less accurate tracking data. LandAirSea also offers optional Unlimited Data Plans, and all the tracking data is stored permanently on a secure server for users to access via reports or for historical playback purposes. Business, Professional, Enterprise and Economy plans are available. Prepaid Data Plans can also be purchased.

Source: https://www.bhphotovideo.com/c/product/1045439-REG/land_air_sea_2400_silvercloud_overdrive.html

17. A second identifier for the second (sending) positional information device is determined based on the first identifier and the server retrieves the at least one address stored in the at least one sending positional information device. The Product application installed on the requesting positional information device requests (from the server) the asset's GPS location (i.e., at least one stored address stored). As shown above, before activating the tracker (i.e., the sending positional information device), a unique tracking device's ID number or credentials (i.e., second identifier) needs to be added to the user's account identified by the user login ID and password (i.e., the first identifier). Hence, the tracker device's ID number or asset credentials (i.e., second identifier) is mapped to the user's login ID (i.e., the first identifier) for tracking the real-time location (i.e., at least one stored address stored) of the asset. Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.



Source: https://landairsea.com/products/silvercloud-sync



Source:
https://www.youtube.com/watch?v=bsVJO6yRZw8&list=TLGGNRGQLbVXgd8xNDA3MjAyMQ

- By using a cellular data service, the tracking coordinates are immediately transmitted onto a secured server by pinging the device. This allows you to remotely access the tracking data in real time from your internet-enabled computer, laptop, or mobile device. Faster update rates will yield more accurate and precise tracking data because more location points are being relayed by the device as it moves. The slower the update rates, the more gap there is between the location points, which results in less accurate tracking data. LandAirSea also offers optional Unlimited Data Plans, and all the tracking data is stored permanently on a secure server for users to access via reports or for historical playback purposes. Business, Professional, Enterprise and Economy plans are available. Prepaid Data Plans can also be purchased.

Source: https://www.bhphotovideo.com/c/product/1045439-REG/land_air_sea_2400_silvercloud_overdrive.html

18. Defendant's actions complained of herein will continue unless Defendant is

enjoined by this court.

19. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

20. Plaintiff is in compliance with 35 U.S.C. § 287.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 9,261,365 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

(c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: September 8, 2021.  Respectfully submitted,

*/s/April B. Senter*
April Senter, #6313947
Senter Legal Services, Ltd.
19624 Governors Hwy
Flossmoor, Illinois 60422
708-586-7505
april@senterlegal.com

**ATTORNEYS FOR PLAINTIFF**