**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, | § § § | |
| Plaintiff, | § § | Case No: 1:21-cv-04765 |
| vs. | § § | PATENT CASE |
| LANDAIRSEA SYSTEMS, INC., | § § § | |
| Defendant. | § § § | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Social Positioning Input Systems, LLC ("Plaintiff" and/or "SPIS") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Landairsea Systems, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: January 4, 2022.                     Respectfully submitted,


                                            */s/April B. Senter*
                                            April Senter
                                            Senter Legal Services, Ltd.
                                            19624 Governors Hwy
                                            Flossmoor, Illinois 60422
                                            708-586-7505
                                            april@senterlegal.com


                                            **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically on January 4, 2022., and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

> */s/April B. Senter*
> April Senter